IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SIMON NICHOLAS RICHMOND, | Case No.: 3:13-cv-01954-MLC-DEA |
| Plaintiff, | *Document Filed Electronically* |
| v. | Motion Date April 21, 2014 |
| WINCHANCE SOLAR FUJIAN TECHNOLOGY CO. LTD., ET. AL. | |
| Defendants. | |

**DEFENDANT WINCHANCE SOLAR FUJIAN TECHNOLOGY CO. LTD'S STATEMENT THAT NO BRIEF IS NECESSARY UNDER L. CIV. R. 7.1(D)(4)**

Defendant Winchance Solar Fujian Technology Co. Ltd ("Winchance") states, pursuant to L.R. 7.1(d)(4), that no brief is necessary to support its Motion to Withdraw Andrew M. Grodin and Marc S. Friedman as counsel.

On September 30, 2013, Marc Friedman and Andrew Grodin entered notices of appearances (Docket Entries #154 and 155) on behalf of Defendant Winchance.  On September 30, 2013, Andrew Grodin filed an Answer and Corporate Disclosure Statement on behalf of Winchance (Docket Entries #156 and 157).

On or about November 26th, 2013 Defendant Winchance terminated Dentons US LLP as its counsel and requested that Dentons US LLP and the attorneys listed in the signature block below withdraw their representation in this matter.

The case is in its early stages and at the beginning of discovery.  Some defendants have yet to be served.  The withdrawal of counsel for Winchance will not cause prejudice to the

parties as no trial date has been set and the withdrawal will not delay the resolution of this matter.

|  |  |
|---|---|
|  | Respectfully, |
| March 21, 2014 | By: *s/ Andrew M. Grodin* <br> Andrew M. Grodin <br> andrew.grodin@dentons.com <br> Marc S. Friedman <br> Marc.Friedman@dentons.com <br> **DENTONS US LLP** <br> 101 JFK Parkway, 4th Floor <br> Short Hills, NJ 07078 <br> Tel:  973-912-7100 / Fax:  973-912-7199 <br><br> *Attorneys for Defendant* <br> *Winchance Solar Fujian Technology Co. Ltd.* |

82005529\V-1