IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SIMON NICHOLAS RICHMOND, <br><br> Plaintiff, <br><br> v. <br><br> WINCHANCE SOLAR FUJIAN TECHNOLOGY CO. LTD., ET. AL. <br><br> Defendants. | Case No.: 3:13-cv-01954-MLC-DEA <br><br> *Document Filed Electronically* |

**DECLARATION OF ANDREW M. GRODIN IN SUPPORT OF DEFENDANT WINCHANCE SOLAR FUJIAN TECHNOLOGY CO. LTD.'S MOTION FOR LEAVE OF COURT TO PERMIT ANDREW GRODIN AND MARC FRIEDMAN TO WITHDRAW**

I, ANDREW M. GRODIN, declare and state:

1. I am an attorney licensed to practice law in the State of New Jersey and am an associate at DENTONS US LLP, attorneys for Defendant WINCHANCE SOLAR FUJIAN TECHNOLOGY CO. LTD. ("Winchance") in the above-captioned action.

2. I have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

3. I make this Declaration in support of Winchance's Motion to Withdraw, filed March 21, 2014.

4. On or about September 27, 2013, Dentons US LLP was retained to act as local counsel for Winchance in the above captioned matter.

5. On, September 30, 2013 I filed an appearance in the above captioned matter on behalf of Winchance.

6. On November 26, 2013, Dentons US LLP received a communication from Winchance informing Dentons that Winchance no longer wished for Dentons US LLP to represent it in this matter and requested that Dentons withdraw as counsel.

I declare the foregoing under penalty of perjury under the laws of the State of New Jersey.

Dated:  March 21, 2014.

By: s/ Andrew Grodin<br>Andrew M. Grodin

82005522\V-1