# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SIMON NICHOLAS RICHMOND,<br><br>    Plaintiff,<br><br>v.<br><br>WINCHANCE SOLAR FUJIAN<br>TECHNOLOGY CO. LTD., ET. AL.<br><br>    Defendants. | Case No.: 3:13-cv-01954-MLC-DEA<br><br>*Document Filed Electronically* |

## [PROPOSED] ORDER GRANTING DEFENDANT WINCHANCE SOLAR FUJIAN TECHNOLOGY CO. LTD.'S MOTION FOR LEAVE OF COURT TO PERMIT ANDREW GRODIN AND MARC FRIEDMAN TO WITHDRAW

Before the Court is Defendant Winchance Solar Fujian Technology Co. Ltd's Motion to Withdraw. After careful consideration, and for good cause shown, the Court concludes that the Motion should be GRANTED.

It is therefore ORDERED that Andrew M. Grodin and Marc S. Friedman may withdraw as counsel of record for Defendant Winchance.

                    SO ORDERED.

                    _____

Date _____ 2014        DOUGLAS E. ARPERT
                    United States Magistrate Judge

82005534\V-1