## **CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below I caused to be served the following documents via the Court's CM/ECF system on all counsel of record pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 5.2.

    Defendant Winchance's Notice of Motion to Withdraw

    Defendant Winchance's Statement under L.Civ. R. 7.1 that no Brief is Necessary

    Declaration of Andrew M. Grodin in Support of Motion to Withdraw

    Proposed Order

Date:  March 21, 2014          By:  s/Andrew M. Grodin \_\_\_\_\_

                                                   *Attorney for Winchance Solar Fujian Technology Co. Ltd. .*

82004608\V-1